UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN HODGES d/b/a Geek Choice, <br>     Plaintiff, <br><br> v. <br><br> UZ AUTO TRANS, INC., <br>     Defendant. | Civil Action No. <br> 16-11390-NMG |

### MEMORANDUM AND ORDER FOR DISMISSAL

**GORTON, J.**

    On August 17, 2016, this Court issued a Memorandum and Order (Docket No. 5) denying plaintiff Stephen Hodges's motion for leave to proceed *in forma pauperis* without prejudice to renew by September 8, 2016, provided he submit proof that his business, Geek Choice ("GC") was not an artificial entity and that he was the sole proprietor of GC. Plaintiff Hodges was advised that if GC was an artificial entity, it needed to pay the apportioned filing and administrative fee of $200.00 by September 8, 2016.

    Additionally, this Court directed plaintiff Hodges to show cause by September 22, 2016 why this action should not be dismissed for lack of subject matter jurisdiction, or file an Amended Complaint demonstrating the Court's jurisdiction.

    To date, plaintiff Hodges has failed to make any filings in accordance with the Court's directives. Accordingly, for the failure of plaintiff to comply with the directives contained in the Memorandum and Order (Docket No. 5) and for the failure to demonstrate this Court's subject matter jurisdiction, this action

is hereby DISMISSED in its entirety.


**So ordered.**

/s/ Nathaniel M. Gorton
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE



Dated: September 28, 2016